BEFORE THE SECOND DIVISION, DECEMBER 10, 1964

**No. 68938.**—A. S. K. Export Import Co. and Kassin Bros., Inc. *v.* United States, protests 58/723 and 61/15033 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of plastic cases permanently fitted with manicure sets similar on all material respects to those the subject of Abstract 67837, the claim of the plaintiffs was sustained.

**No. 68939.**—J. C. Penney Purchasing Corp. et al. *v.* United States, protests 63/8894, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

DECEMBER 7, 1964

**No. 68940.**—Manufax, Inc. *v.* United States, protest 64/2350. Protest dismissed October 20, 1964. (Not published.) Plaintiff's application for rehearing granted.